AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

ZHENGJIAN WANG,
on his own behalf and on behalf of others similarly situated

*Plaintiff(s)*

v.

Civil Action No. 19-cv-05145

CLL BROTHERS, INC.
d/b/a Fuji Sushi

et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Troy Law, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/3/2019

/S/ P. NEPTUNE
*Signature of Clerk or Deputy Clerk*

**CLL BROTHERS, INC. d/b/a Fuji Sushi**
238 W 56th Street, New York, NY 10019

**QING CHEN**
238 W 56th Street, New York, NY 10019

**HORNG BIAU LEE**
238 W 56th Street, New York, NY 10019

**"JOHN" LIU**
238 W 56th Street, New York, NY 10019

**ZHENGJIAN WANG v.
CLL BROTHERS, INC., d/b/a Fuji Sushi, et al.**

**Summons Rider**