USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

# TROY LAW, PLLC
## ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 7(
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11:

December 15, 2019

**Via ECF**
Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Joint Request for Four Week Extension to Submit Joint Fairness Letter with Executed Settlement Agreement**
19-cv-05145 *Wang v. CLL Brothers, Inc. et al*

Dear Honorable Judge Torres:

This office represents Plaintiffs in the above-captioned matter. Plaintiffs write jointly with Defendants to request for a four (4) week extension from December 16, 2019 to January 13, 2020 to submit the executed Joint Fairness with Settlement Agreement for Your Honor's judicial approval.

The reason for the delay is that we are still finalizing the Settlement Agreement. Parties are yet to execute the Settlement Agreement. We anticipate being able to file the executed Settlement Agreement soon after.

We thank Your Honor for your time and consideration in this matter.

        Respectfully submitted,
        TROY LAW, PLLC

        /s/ John Troy
        John Troy
        *Attorney for Plaintiffs*

JT//ll

cc: via ECF
    all counsel of record

GRANTED.  By **January 13, 2020**, the parties shall submit their settlement agreement for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

SO ORDERED.

Dated:  December 16, 2019
        New York, New York

ANALISA TORRES
United States District Judge