USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_1/23/2020\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHENGJIAN WANG, on his own behalf and on behalf of others similarly situated,

          Plaintiff,

-against-

CLL BROTHERS, INC. d/b/a Fuji Sushi, QING CHEN, HORNG BIAU LEE, and SUM TAN LAU a/k/a Sum Tan Liu a/k/a "John" Liu ,

          Defendants.

19 Civ. 5145 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 4, 2019, the parties reached an agreement on all issues in this Fair Labor Standards Act case. ECF No. 26. That same day, having been advised that the parties reached a settlement, the Court notified the parties that the action would not be dismissed with prejudice unless the settlement agreement had been approved by the Court or the Department of Labor ("DOL"). ECF No. 27 at 1; *see also Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

The Court ordered the parties to submit a letter motion, along with the settlement agreement, within 30 days, to the extent the parties sought dismissal with prejudice. ECF No. 27 at 1. On December 15, 2019, the parties requested an extension from December 16, 2019 to January 13, 2020 to submit their letter motion and settlement agreement, which the Court granted. ECF No. 30. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their letter motion and settlement agreement, by **February 13, 2020**. If the parties do not wish to dismiss the action with prejudice, they will notify the Court by **February 13, 2020**. No further extensions will be granted absent good cause.

SO ORDERED.

Dated: January 23, 2020
      New York, New York

                                            ANALISA TORRES
                                        United States District Judge